**REMAND / JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-652-GW-MAAx | Date | April 11, 2022 |
|---|---|---|---|
| Title | *George Poochigian, et al. v. United Convalescent Facilities, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Terri A. Hourigan | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Christian Oliver | Rita R. Kanno |

**PROCEEDINGS:** TELEPHONIC HEARING ON PLAINTIFF'S MOTION FOR REMAND [15]

The Court's Tentative Ruling was issued on April 8, 2022 [27]. Oral argument is held. The Tentative Ruling is adopted as the Court's Final Ruling. Plaintiffs' Motion to Remand is GRANTED, and the case is REMANDED to the Superior Court of California, County of Los Angeles. Except as set forth in this Order, all other pending motions are denied as moot.

                                                                                                      :   07

                                                            Initials of Preparer    JG