**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 23 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GEORGE POOCHIGIAN, deceased, by and through his personal legal representative and successor in interest, Michael Poochigia; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> UNITED CONVALESCENT FACILITIES, INC., DBA University Park Healthcare Center, a California Skilled Nursing Facility; et al., <br><br> Defendants-Appellants. | No.   22-55481 <br><br> D.C. No. 2:22-cv-00652-GW-MAA <br> Central District of California, Los Angeles <br><br> ORDER |

This case shall continue to be held in abeyance. The Clerk is directed to temporarily close this court's docket for administrative purposes until **December 23, 2022**. This administrative closure is not a decision on the merits and no mandate will issue in connection with this order.

At any time, any party may request that this appeal be reopened.

**Within 14 days of any new developments in** *Saldana v. Glenhaven Healthcare LLC***, Ninth Circuit Case No. 20-56194, Appellant's counsel shall provide the mediator with an email at robert_kaiser@ca9.uscourts.gov.**

A dial-in telephone conference will be held on December 07, 2022, at 9:00 a.m. Pacific Time.

Each participant will receive an email with dial-in information.

FOR THE COURT:

By: Robert S. Kaiser
Circuit Mediator